# IN THE SUPREME COURT OF THE STATE OF NEVADA

HAROLD EDWARDS,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 73456

FILED

OCT 16 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____S. Young_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "the Court of Appeals Order of Affirmance." Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Our review of this appeal reveals a jurisdictional defect. No statute or court rule permits an appeal from an order of affirmance of the Court of Appeals. *See* NRAP 40B(a) ("A decision of the Court of Appeals is a final decision that is not reviewable by the Supreme Court except on petition for review"); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). To the extent that the document can be construed as a petition for review of the Court of Appeals order filed on June 9, 2017, in Docket No. 71037, it was untimely filed. *See* NRAP 40B(c) ("A petition for review of a decision of the Court of Appeals must be filed in the Supreme Court within 18 days after the filing of the

17-35245

Court of Appeals' decision under Rule 36, or its decision on rehearing under Rule 40"). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:     Hon. Valerie Adair, District Judge
        Harold Edwards
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk